## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHATHAM CAPITAL HOLDINGS, INC. and CHATHAM CAPITAL MANAGEMENT IV, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>ANDREW B. CONRU, as Trustee for The Andrew B. Conru Trust, FRIENDFINDER NETWORKS INC., INTERACTIVE NETWORK, INC., and JOHN and JANE DOES 1 – 5,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-01381<br><br>**NOTICE OF MOTION**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE, that upon the Memorandum of Law, dated May 13, 2022, and upon all prior pleadings and proceedings heretofore had herein, the undersigned as attorneys for Plaintiffs Chatham Capital Holdings, Inc. and Chatham Capital Management IV, LLC, will move this Court, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the United States District Courthouse located at 40 Foley Square, New York, New York 10007, for an Order, pursuant to Fed. R. Civ. P. 15(a), granting leave to file an amended complaint in the form annexed hereto as Exhibit A, and such other and further relief as this Court deems just and proper.

Dated:　New York, New York
　　　　　May 13, 2022

　　　　　　　　　　　　　　　　　　　ROTTENBERG L1PMAN RICH. P.C.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Steven M. Kayman
　　　　　　　　　　　　　　　　　　　　　　Stacy L. Ceslowitz
　　　　　　　　　　　　　　　　　　　The Helmsley Building
　　　　　　　　　　　　　　　　　　　230 Park Avenue, 18th Floor
　　　　　　　　　　　　　　　　　　　New York. New York 10169
　　　　　　　　　　　　　　　　　　　(212) 661-3080

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

TO:   William J. Trunk, Esq.
Kramer Levin | Robbins Russell
Attorneys for Defendants

William Collins, Esq.
Joseph H. Stuhrenberg, Esq.
Burr & Forman LLP
Attorneys for Plaintiffs
(seeking pro hac admission)