**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CHATHAM CAPITAL HOLDINGS, INC. et al.,

                Plaintiffs,

-against-                            22 **CIVIL** 1381 (DLC)

**JUDGMENT**

ANDREW B. CONRU et al.,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2023, the Defendants' March 11 motion to dismiss the complaint is granted. The Plaintiffs' May 13 motion for leave to amend the complaint is denied; accordingly, the case is closed.

**Dated:** New York, New York

      January 4, 2023

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                     **Clerk of Court**

                           **BY:**               K. mango

                                                     _____
                                                     **Deputy Clerk**