```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv1381 (DLC)
CHATHAM CAPITAL HOLDINGS et al.,          :
                                          :
                         Plaintiffs,      :        ORDER
              -v-                         :
                                          :
ANDREW B. CONRU et al.,                   :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On January 3, 2023, an Opinion and Order granted the defendants' motion to dismiss and denied the plaintiffs' motion for leave to amend the complaint. On January 4, the Clerk of Court closed this case. On February 2, the plaintiffs filed a notice of appeal. On February 7, the defendants requested that the Court order the plaintiffs to file an undertaking pursuant to the Indenture governing the securities at issue in this action. It is hereby

ORDERED that if the defendants wish to reopen this case, they must file a motion to reopen the case supported by legal authority.

Dated:   New York, New York
         February 8, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge